David A. Riggi, Esq.
Nevada Bar No. 4727
5550 Painted Mirage Rd. Suite 120
Las Vegas, NV 89149
Telephone:        (702) 463-7777
Facsimile:         (888) 306-7157
E-mail:             RiggiLaw@gmail.com
Attorney for the Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JOHN E. HARNEY IV<br><br>AIMEE M. HARNEY,<br><br>    Debtors in Possession. | Case No.: 11-10391-BAM<br><br>Chapter 11<br><br>Hearing Date :    March  22, 2011<br>Hearing Time:    9:00 a.m. |

# STATUS REPORT OF
# CHAPTER 11 REORGANIZATION

Debtors, by and through theirher counsel David A. Riggi, Esq., having commenced a chapter 11 bankruptcy on January 11, 2011, hereby presents this status report.

A. OCCUPATIONS, INCOME AND STATUS OF OPERATIONS

Debtors have two sources of revenues: (1) Mr. Harney's income as an officer with the Metropolitan Police Department of Las Vegas; and (2) the renting of one investment property. Mrs. Harney is a housewife.  The Debtors operated a Tropical Smoothie restaurant franchise which, unfortunately, did not result in the success they had hoped.  They closed the restaurant well before the filing of the bankruptcy and were left with substantial business-related debt: in addition to trade creditors, the Debtors owe  sales tax to the state of Nevada.

1

**B. CONTESTED MATTERS, CLAIMS LITIGATION AND ADVERSARY PROCEEDINGS**

There are no contested matters at this time. There will soon be filed, however, a motion to value their primary residence so that they may strip-off a second mortgage of over $200,000. The deadlines file proofs of claims are May 11, 2011 (for non-governmental creditors) and August 9, 2011 (for governmental creditors). At this time, there is no anticipated claims litigation but, of course, that might change as more claims are filed. Also, the Debtors do not anticipate the filing of any adversary proceedings.

**C. THE PLAN OF REORGANIZATION**

It is believed by the Debtor that the Disclosure Statement and Plan of Reorganization will be filed no later than the last day of plan-filing exclusivity - **May 11, 2011**. The Plan would focus on: (1) adjusting, through cramdown if necessary, the first mortgage on the investment property; (2) stripping-off completely the second mortgage on their residence; and (3) resolving business-related tax debts. The anticipated rental income from the Property, with the Debtors' income from Mr. Harney's career, should be sufficient to fund the treatment in the Plan. The Plan could also distribute a substantial amount to general unsecured claims. The Plan should easily pass muster under a liquidation analysis and under a cash flow analysis.

/s/ David A. Riggi
David A. Riggi
5550 Painted Mirage Rd., Suite 120
Las Vegas, NV 89149
Ph.:    1-702-808-0359
Fax.:   1-888-306-7157
E-mail: riggilaw@gmail.com

*Attorney for the Debtors in Possession*