# EXHIBIT A

| Client | John Harney | | | File No. | GP116878J |
|---|---|---|---|---|---|
| Property Address | 4842 Camino Hermoso | | | | |
| City | North Las Vegas | County | Clark | State NV | Zip Code 89031-1049 |
| Lender | John Harney | | | | |

## TABLE OF CONTENTS



GP Residential ............................................................................................................................................................. 1
GP Residential Certifications Addendum ................................................................................................................... 4
Supplemental Addendum ............................................................................................................................................ 7
Subject Photos ............................................................................................................................................................. 9
Photograph Addendum .............................................................................................................................................. 10
Comparable Photos 1-3 ............................................................................................................................................. 11
Plat Map ..................................................................................................................................................................... 12
Location Map ............................................................................................................................................................. 13
Building Sketch (Page - 1) ......................................................................................................................................... 14
License ....................................................................................................................................................................... 15

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: GP116878J

## SUBJECT
- Property Address: 4842 Camino Hermoso
- City: North Las Vegas
- State: NV
- Zip Code: 89031-1049
- County: Clark
- Legal Description: Villas De Vientos Plt Bk 47 Pg 20 Lt 66 Blk 3
- Assessor's Parcel #: 124-33-415-033
- Tax Year: 2011  R.E. Taxes: $ 1,106.26  Special Assessments: $ 0.00  Borrower (if applicable): NA
- Current Owner of Record: Trustee Clark County Treasurer  Occupant: ☐ Owner ☒ Tenant ☐ Vacant ☐ Manufactured Housing
- Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)  HOA: $ None  ☐ per year ☐ per month
- Market Area Name: Villas De Vientos  Map Reference: 24-E6  Census Tract: 0036.07

## ASSIGNMENT
- The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
- This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
- Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
- Intended Use: Valuation Purposes
- Intended User(s) (by name or type): John Harney
- Client: John Harney  Address: 4842 Camino Hermoso, North Las Vegas, NV 89031
- Appraiser: Bruce Feldman  Address: 7357 Savannah Falls St, Las Vegas, NV 89131

## MARKET AREA DESCRIPTION
- Location: ☐ Urban ☒ Suburban ☐ Rural
- Built up: ☒ Over 75% ☐ 25-75% ☐ Under 25%
- Growth rate: ☐ Rapid ☐ Stable ☒ Slow
- Property values: ☐ Increasing ☐ Stable ☒ Declining
- Demand/supply: ☐ Shortage ☐ In Balance ☒ Over Supply
- Marketing time: ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos.

Predominant Occupancy: ☒ Owner 80+/-  ☐ Tenant 15+/-  ☒ Vacant (0-5%) ☒ Vacant (>5%)

One-Unit Housing PRICE $(000) / AGE (yrs): 56+/- Low 12+/-, 135+/- High 26+/-, 85+/- Pred 20+/-

Present Land Use: One-Unit 75+/- %, 2-4 Unit 5+/- %, Multi-Unit 5+/- %, Comm'l 5+/- %, Other 10+/- %

Change in Land Use: ☒ Not Likely ☐ Likely * ☐ In Process *  * To:

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Market area boundaries are Tropical on the N, Alexander on the South, Allen on the W, Commerce on the E. After researching the mrkt area surrounding the subj with the assistance of MLS,CC Asses and my knowledge of the marketing conditions in the Valley I have come to the conclusion that the supply and demand in the area is currently over supplied with average marketing time <3 months. Median SP/LP ratio 100%+/-. Median DOM 28+/- Due to the prevalence of bank owned properties it was necessary to utilize such properties as comps.

## SITE DESCRIPTION
- Dimensions: 64'X100' (As per Assessor)  Site Area: 6,363 Sq.Ft.
- Zoning Classification: PUD  Description: Planned Unit Development
- Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
- Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☒ No  Ground Rent (if applicable) $ NA/
- Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)
- Actual Use as of Effective Date: Single-Family Residential  Use as appraised in this report: Single-Family Residential
- Summary of Highest & Best Use: Subject conforms to the area,present residential use represents the highest and best use for the subject.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Mainly level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Public | Street | Asphalt | ☒ | ☐ | Size | Typical |
| Gas | ☒ | ☐ | Public | Curb/Gutter | Concrete | ☒ | ☐ | Shape | Corner/Rectangular |
| Water | ☒ | ☐ | Public | Sidewalk | Concrete | ☒ | ☐ | Drainage | Typical |
| Sanitary Sewer | ☒ | ☐ | Public | Street Lights | Gas Vapor | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | Public | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 32003C2160E  FEMA Map Date 9/27/2002
Site Comments: Site is a typical average sized residential lot

## DESCRIPTION OF THE IMPROVEMENTS

**General Description**
- # of Units: 1  ☐ Acc.Unit
- # of Stories: 1-Story
- Type ☒ Det. ☐ Att. ☐
- Design (Style): 1-Story/Aver
- ☒ Existing ☐ Proposed ☐ Und.Cons.
- Actual Age (Yrs.): 20
- Effective Age (Yrs.): 10+/-

**Exterior Description**
- Foundation: Conc Slab
- Exterior Walls: Frame/Stucco
- Roof Surface: Conc Tile
- Gutters & Dwnspts.: None Noted
- Window Type: Al Slider/Aver
- Storm/Screens: Screens/Aver

**Foundation**
- Slab: Concrete
- Crawl Space: No
- Basement: No
- Sump Pump: ☐
- Dampness: ☐
- Settlement: No
- Infestation: No

**Basement** ☒ None
- Area Sq. Ft.
- % Finished
- Ceiling
- Walls
- Floor
- Outside Entry

**Heating**  Central
- Type: FWA
- Fuel: Gas

**Cooling**
- Central: CAC
- Other:

**Interior Description**
- Floors: Carpet/Tile/Aver
- Walls: Drywall/Aver
- Trim/Finish: Wood/Paint/Aver
- Bath Floor: Tile/Aver
- Bath Wainscot: Fiberglass/Aver
- Doors: Raised Panel/Aver

**Appliances**
- Refrigerator ☐
- Range/Oven ☒
- Disposal ☒
- Dishwasher ☒
- Fan/Hood ☒
- Microwave ☒
- Washer/Dryer ☐

**Attic** ☐ None
- Stairs ☐
- Drop Stair ☒
- Scuttle ☐
- Doorway ☒
- Floor ☒
- Heated ☒
- Finished ☐

**Amenities**
- Fireplace(s) # 1  Woodstove(s) #
- Patio: Open
- Deck: ☒
- Porch: Cvd
- Fence: Concrete Block
- Pool:

**Car Storage** ☐ None
- Garage # of cars ( 4 Tot.)
- Attach. 2
- Detach.
- Blt.-In
- Carport
- Driveway 2
- Surface Concrete

Finished area **above** grade contains: 6 Rooms  3 Bedrooms  2.00 Bath(s)  1,396 Square Feet of Gross Living Area Above Grade

Additional features: Tile entry/kitchen/baths, tile fireplace, tile bathroom and kitchen counter tops.

Describe the condition of the property (including physical, functional and external obsolescence): The subject's improvements are noted to be in avg condition w/no physical,functional or external obsolescence noted. No "needed repairs"of significance were noted although it is possible that some may exist,especially if they were not readily visible to the appraiser. The appraisal should not be relied on as a substitute for a home inspection. While no physical deficiencies or adverse conditions that affect livability,soundness or structural integrity were noted,such items are often beyond the expertise of the appraiser.Issues of soundness or structural integrity are often related to areas that are unapparent or hidden from the appraiser's view. **All utilities were on & functional at time of inspection.**

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: GP116878J

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): MLS,CC Assessor

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: The subject has not had any listings or transfers within the last three years. MLXchange/CC Assessor/Recorder. |
|---|---|
| Date: NA | |
| Price: NA | |
| Source(s): MLS/CC Assess/Recorder | |
| 2nd Prior Subject Sale/Transfer | |
| Date: NA | |
| Price: NA | |
| Source(s): MLS/CC Assess/Recorder | |

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4842 Camino Hermoso North Las Vegas, NV 89031 | 5630 Cabinhill Circle North Las Vegas, NV 89031 | | 5018 Sail Rock Place North Las Vegas, NV 89031 | | 2218 Hollow Oak Avenue North Las Vegas, NV 89031 | |
| Proximity to Subject | | 0.98 miles N | | 0.43 miles NW | | 0.83 miles NW | |
| Sale Price | $ 0 | $ 83,000 | | $ 90,000 | | $ 86,000 | |
| Sale Price/GLA | $ 0 /sq.ft. | $ 56.58 /sq.ft. | | $ 65.74 /sq.ft. | | $ 65.95 /sq.ft. | |
| Data Source(s) | MLS/CC Assessor | ML#1090923 DOM 22 OLP 90 | | ML#1095468 DOM 80 OLP 95 | | ML#1122784 DOM 15 OLP 85 | |
| Verification Source(s) | Inspection | Doc#2010121302580 CDOM 49 | | Doc#2011032100693 CDOM130 | | Doc#2011032500300 CDOM 29 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | NA | Cash | | FHA | | Cash | |
| Concessions | NA | None Noted | | None Noted | | None Noted | |
| Date of Sale/Time | NA | 12/13/2010 SD | | 03/21/2011 SD | | 03/25/2011 SD | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Average | Average | | Average | | Average | |
| Site | 6,363 Sq.Ft. | 6,900 Sq. Ft. | | 5,378 Sq.Ft. | | 6,362 Sq.Ft. | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 1-Story/Aver | 1-Story/Aver | | 1-Story/Aver | | 1-Story/Aver | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 20 | 20 | | 12 | | 12 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6  3  2.00 | 6  3  2.00 | | 5  3  2.00 | | 5  3  2.00 | |
| Gross Living Area | 1,396 sq.ft. | 1,467 sq.ft. | | 1,369 sq.ft. | | 1,304 sq.ft. | |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Adequate | Adequate | | Adequate | | Adequate | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 2-Garage | 2-Garage | | 2-Garage | | 2-Garage | |
| Porch/Patio/Deck | CvPch | CvPch/CvPatio | | CvPch/CvPatio | | CvPch/Patio | |
| Fireplace | 1-Fireplace | 1-Fireplace | | 1-Fireplace | | No-Fireplace | |
| Landscaping | Average | Average | | Average | | Average | |
| Pool/Spa | No Pool | No Pool | | No Pool | | No Pool | |
| Net Adjustment (Total) | | ☐ + ☐ - $ | | ☐ + ☐ - $ | | ☐ + ☐ - $ | |
| Adjusted Sale Price of Comparables | | Net     % Gross    % $ 83,000 | | Net     % Gross    % $ 90,000 | | Net     % Gross    % $ 86,000 | |

Summary of Sales Comparison Approach    Comps are of similar quality of construction,design,utility & mrkt appeal. The comps used are considered to be reliable indicators of value for the subject's mrkt area & would appear to appeal to similar buyers. All adjustments deemed necessary pos/neg have been applied to the comps to present a clear & accurate mrkt value estimation of the subj. All adjust rounded to the nearest hundred.No personal property has been included in the opinion of mrkt value. All comps have been given some consideration. No adj has been for difference in fireplace/patio/site due to the lack of market reaction to such items. Due to the mrkt being driven/defined by Bank owned/short sale/foreclosure properties it may have been necessary to utilize such properties in the report. The comps previous sales within the past year are trustees deed's. Comps #1 & #3 current sales are bank-owned. Comp #2 current sale is privately owned.

Indicated Value by Sales Comparison Approach $   86,000

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: GP116878J

## COST APPROACH

**COST APPROACH TO VALUE (if developed)**  ☒ The Cost Approach was not developed for this appraisal.
Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW  | OPINION OF SITE VALUE ........ =$
Source of cost data: | DWELLING   Sq.Ft. @ $ ........ =$
Quality rating from cost service:   Effective date of cost data: | Sq.Ft. @ $ ........ =$
Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ ........ =$
The cost approach is not a FNMAE GUIDELINE and was not developed | Sq.Ft. @ $ ........ =$
and is given no consideration. | Sq.Ft. @ $ ........ =$
| ........ =$
| Garage/Carport   Sq.Ft. @ $ ........ =$
| Total Estimate of Cost-New ........ =$
| Less   Physical   Functional   External
| Depreciation ........ =$( )
| Depreciated Cost of Improvements ........ =$
| "As-is" Value of Site Improvements ........ =$
| ........ =$
| ........ =$

Estimated Remaining Economic Life (if required):   50 Years   **INDICATED VALUE BY COST APPROACH** ........ =$

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**  ☒ The Income Approach was not developed for this appraisal.
Estimated Monthly Market Rent $      X Gross Rent Multiplier      = $      **Indicated Value by Income Approach**
Summary of Income Approach (including support for market rent and GRM):

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**  ☐ The Subject is part of a Planned Unit Development.
Legal Name of Project:
Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 86,000    Cost Approach (if developed) $ NA    Income Approach (if developed) $ NA

Final Reconciliation   The Sales Comparison approach is the most relevant appraisal technique in developing market value for real properties thus was given the most consideration. The Cost Approach and Income Approach are deemed not applicable.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:   Subject to the limiting conditions and certifications made part of this report.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:   $ 86,000 , as of:   04/27/2011 , which is the effective date of this appraisal.

If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.   See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains   15   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work    ☒ Limiting Cond./Certifications    ☒ Narrative Addendum    ☒ Photograph Addenda    ☒ Sketch Addendum
☒ Map Addenda    ☐ Additional Listings    ☐ Cost Addendum    ☐ Flood Addendum    ☐ Manuf. House Addendum
☐ Hypothetical Conditions    ☐ Extraordinary Assumptions    ☐    ☐    ☐

Client Contact:   John Harney    Client Name:   John Harney
E-Mail:    Address:   4842 Camino Hermoso, North Las Vegas, NV 89031

## SIGNATURES

**APPRAISER**

Appraiser Name:   Bruce Feldman
Company:   Silver State Appraisers
Phone:   (702) 631-2220    Fax:
E-Mail:   silverstateappraisers@cox.net
Date of Report (Signature):   04/29/2011
License or Certification #:   A.0007448-CR    State:   NV
Designation:   Certified
Expiration Date of License or Certification:   08/31/2011
Inspection of Subject:   ☒ Interior & Exterior    ☐ Exterior Only    ☐ None
Date of Inspection:   04/27/2011

**SUPERVISORY APPRAISER (if required)**
**or CO-APPRAISER (if applicable)**

Supervisory or
Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject:   ☐ Interior & Exterior    ☐ Exterior Only    ☐ None
Date of Inspection:

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

Main File No. GP116878J | Page #4

# Assumptions & Limiting Conditions

File No.: GP116878J

| Property Address: | 4842 Camino Hermoso | City: North Las Vegas | State: NV | Zip Code: 89031-1049 |
|---|---|---|---|---|
| Client: | John Harney | Address: | 400 Stewart Avenue, Las Vegas, NV 89101 | |
| Appraiser: | Bruce Feldman | Address: | 7357 Savannah Falls St, Las Vegas, NV 89131 | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
3/2007

# Definitions & Scope of Work

File No.: GP116878J

| | | |
|---|---|---|
| Property Address: 4842 Camino Hermoso | City: North Las Vegas | State: NV  Zip Code: 89031-1049 |
| Client: John Harney | Address: 400 Stewart Avenue, Las Vegas, NV 89101 | |
| Appraiser: Bruce Feldman | Address: 7357 Savannah Falls St, Las Vegas, NV 89131 | |

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.**

GP RESIDENTIAL  Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

# Certifications

File No.: GP116878J

| | |
|---|---|
| Property Address: | 4842 Camino Hermoso   City: North Las Vegas   State: NV   Zip Code: 89031-1049 |
| Client: | John Harney   Address: 400 Stewart Avenue, Las Vegas, NV 89101 |
| Appraiser: | Bruce Feldman   Address: 7357 Savannah Falls St, Las Vegas, NV 89131 |

**APPRAISER'S CERTIFICATION**

**I certify that, to the best of my knowledge and belief:—** The statements of fact contained in this report are true and correct.— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by
the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and
conclusions.— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the
parties involved.— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.— My
engagement in this assignment was not contingent upon developing or reporting predetermined results.— My compensation for completing this
assignment is not contingent upon the development or reporting of a predetermined value or direction
in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent
event directly related to the intended use of this appraisal.— My analyses, opinions, and conclusions were developed, and this report has been
prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.— I
did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion,
sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present
owners or occupants of the properties in the vicinity of the subject property.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.additional Certifications:

---

Client Contact: John Harney    Client Name: John Harney
E-Mail:    Address: 400 Stewart Avenue, Las Vegas, NV 89101

**APPRAISER**

Appraiser Name: Bruce Feldman
Company: Silver State Appraisers
Phone: (702) 631-2220   Fax:
E-Mail: silverstateappraisers@cox.net
Date Report Signed: 04/29/2011
License or Certification #: A.0007448-CR   State: NV
Designation: Certified
Expiration Date of License or Certification: 08/31/2011
Inspection of Subject: ☒ Interior & Exterior   ☐ Exterior Only   ☐ None
Date of Inspection: 04/27/2011

**SUPERVISORY APPRAISER (if required)
or CO-APPRAISER (if applicable)**

Supervisory or
Co-Appraiser Name:
Company:
Phone:   Fax:
E-Mail:
Date Report Signed:
License or Certification #:   State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior   ☐ Exterior Only   ☐ None
Date of Inspection:

GP RESIDENTIAL   Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

## Supplemental Addendum

File No. GP116878J

| Client | John Harney | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4842 Camino Hermoso | | | | | | |
| City | North Las Vegas | County | Clark | State | NV | Zip Code | 89031-1049 |
| Lender | John Harney | | | | | | |

**SUPPLEMENTAL ADDENDUM**

**. URAR : Subject - INTENDED USER/USE -**
This report is intended for use only by John Harney/Assignee's.Use of this report by others is not intended by the appraiser. The Intended user is John Harney/Assignee's. The Intended Use is to evaluate the property that is the subject of this appraisal is for Asset Valuation Purposes,subject to the stated Scope of Work,purpose of the appraisal,reporting requirements of this appraisal report form,and Definition of Market Value.No additional Intended Users are identified by the appraiser. The scope of this assignment is specific to the needs of John Harney/Assignee's, the client and only intended user.All other parties that choose to rely on the appraisal report should recognize that the assignment results were not developed or reported in a manner consistent with the needs or uses of parties other than those identified by the intended user,John Harney/Assignee's.

**. URAR : Site - Zoning Compliance**
Statements regarding zoning compliance are intended in the most general sense.Zoning and building ordinances vary significantly from one municipality to another and are applied on a case by case basis.The scope of this assignment does not include a detailed analysis of every characteristic of the subject property's site and improvements relative to current zoning and building ordinances.
The subject is a single unit dwelling located on a site zoned for single unit use.Only in this general sense is it considered to "legally comply"with the local zoning ordinance.The appraiser has not made a detailed comparison of every property characteristic relative to local zoning and building ordinances.

**• URAR : Site - Adverse Conditions or External Factors**
While no adverse site conditions or external factors were observed,many site-related issues are beyond the scope of this assignment & the expertise of the appraiser.Unless otherwise noted,standard utility & right of way easements are insignificant to value.However,a current locational or boundary survey,which was unavailable to the appraiser,may reveal encroachments,easements,zoning violations,or other matters of interest that could warrant modification of the appraiser's analysis and opinions.This appraisal is not an environmental assessment of the subject property and should not be relied on as such.
Flood maps often lack sufficient detail to enable accurate determinations on the part of the appraiser.Please note Limiting Condition 3 on page 4 of this report.

**. URAR : Improvements - Attic's/crawlspace's**
Attic's and crawlspace's are not part of the appraiser's complete visual inspection.Consequently,the appraisal does not address quality or condition issues related to attic or crawlspace areas.

**. URAR : Improvements - Infestation**
At the time of viewing,specific signs of infestation were not noticed by the appraiser.However,the appraiser is not an expert in this area and did not conduct the type of intensive inspection required to discover infestation.If concerned,the client is invited to employ the services of an expert in the area of infestation.
The reader is directed to LImiting Condition 5 on page 4 of this report to understand the limitations on the appraiser's responsibilities relative to hidden or unapparent physical deficiencies or adverse conditions of the property.The appraisal should not be relied on as a substitute for a home inspection.

**. URAR : Improvements - Dampness**
At the time of viewing,specific signs of dampness were not noticed by the appraiser.However,the appraiser is not an expert in this area and did not conduct the type of intensive inspection required to discover dampness.If concerned,the client is invited to employ the services of an expert in the area of excessive moisture and/or dampness.
The reader is directed to Limiting Condition 5 on page 4 of this report to understand the limitations on the appraiser's responsibilities relative to hidden or unapparent physical deficiencies or adverse conditions of the property.The appraisal should not be relied on as a substitute for a home inspection.

**. URAR : Improvements - Settlement**
At the time of viewing,specific signs of settlement were not noticed by the appraiser.However,the appraiser is not an expert in this area and did not conduct the type of intensive inspection required to discover settlement.If concerned,the client is invited to employ the services of an expert in the area of settlement.
The reader is directed to Limiting Condition 5 on page 4 of this report to understand the limitations on the appraiser's responsibilities relative to hidden or unapparent physical deficiencies or adverse conditions of the property.The appraisal should not be relied on as a substitute for a structural engineering report.

**. URAR : Improvements - Condition of foundation walls,exterior walls,roof surface**
The actual condition of items like foundation walls,exterior walls,and roof surface can be difficult to assess.Often,significant portions of these items can be hidden from view and even under the best conditions the appraiser can only view surface areas.The origin of many problems related to foundation walls,exterior walls,or roof surfaces are internal and thus hidden from the appraiser's view.

Main File No. GP116878J  Page #8

# Supplemental Addendum

File No. GP116878J

| Client | John Harney | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4842 Camino Hermoso | | | | | | |
| City | North Las Vegas | County | Clark | State | NV | Zip Code | 89031-1049 |
| Lender | John Harney | | | | | | |

The reader is reminded that Limiting Condition 5 on page 4 of this report states that the "appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as,but not limited to,needed repairs,deterioration,the presence of hazardous wastes,toxic substances,adverse environmental conditions,etc.)that would make the property less valuable,and has assumed that there are no such conditions and makes no guarantees or warranties,express or implied.The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist."

The subject's exterior finish may be EIFS,or synthetic stucco.EIFS is an acronym used by architects and others in the building trades that stands for Exterior Insulation and Finish System.A typical EIFS finish,or cladding,utilizes a foam board (usually expanded polystyrene) attached to a substrate (sheathing) such as plywood,oriented strand board (OSB),exterior grade gypsum board,or cement based composition board.The foam is then covered with a fiber mesh,embedded in a thin base coat of cement like material.A finish coat of colored,textured,latex based material is applied over the base coat.The result is a durable finish with good insulation properties and excellent aesthetic flexibility.

Properly applied,the finish coat is relatively maintenance free and waterproof.However,if water does penetrate the finish (usually through improperly caulked window and door openings) it cannot easily escape.The trapped water creates the potential for decay and rotting of both structural and non structural framing members.

If EIFS is applied per the manufacturer's specifications and properly maintained thereafter,most installations will be moisture free.Some EIFS installations are now designed with drainage mats (under the foam) that allow moisture to escape.It is unknown whether the subject has a barrier or drainage EIFS cladding.

The appraiser is not an expert in the field of evaluating problems associated with EIFS systems.It is recommended that the client employ qualified experts to inspect and address any area of concern.If negative conditions are discovered,the value estimate will likely require modification.

"The intended user should be aware that the term "Inspection" may be found on this standard appraisal form. The appraiser is required to use this form, and cannot modify it. The term inspection found anywhere in this report is to mean a "Personal Visual Inventory" of the subject's or comparable property's components. This is opposed to a "Home Inspection," which investigates the appropriateness and soundness of various components of the improvements."

**, Certification**
The reported value contained in the attached report is an unbiased,independent valuation of the subject property.The appraisal is not based on any of the following: a requested minimum value,a specific value or the approval of a loan.

**.Lead Based Paint Disclosure**
If the subject was constructed prior to 1978 there may or may not be lead based paint and/or other hazardous substances.
The client is hereby notified that the Appraiser is not qualified to detect these substances and that it is beyond the scope of this appraisal to ascertain the presence of lead based paint and/or other hazardous substances that may be present in the subject property.The client is advised to consult a qualified expert(s) in the detection of lead based paint and/or hazardous substances if further information is desired.

**Special assessments,easements,liens see title report.**

**Reconciliation and comps/listings**
Due to the market being driven/defined by bank owned/short sales/foreclosures there can be a wide range of values on sales and listings.Sales prices seem to be more dependent on what the bank has had to lose on the property and how quickly they need to move the property and how much more they are willing to lose on it to do so.This varies from bank to bank.Thus often times there appears to be no real pattern to the sales and listings.
Often times properties are listing very low in order to generate activity and bidding wars,so the list price is not always a good indication of what is truly happening in the market.This can lead to an overinflated SP/LP ratio.Other times listings can be a good indication of what is happening in the market.
REO's are persistently present,competing with and thus having an impact on the market.Due to their prevalence in the market it was necessary to utilize such properties in the report.

**Comparable selection:**
Beginning search parameters were seeking SFR within the same subdivision,then expanded to a one mile radius,within 20%+/- GLA, age range 5 years +/-,closed within the past 6 months,with contract date given weight in selection as well.The sales chosen for gridding were by similar bedroom count and room count to match utility attracting the same buyers.

**Foreclosure/REO Activity:**
Of the total comps found in the comp sale search the majority were bank owned properties.The comps selected were found to be among the most similar sales and most proximate sales to the subject.

**Final Reconciliation:**
Having analyzed all sales,more weight is given to the comps with lower adjustments and more recent contract date.All sales were considered equal in function and/or appeal to the same market of buyers and thus all were given consideration.

## Subject Photo Page

| Client | John Harney | | | |
|---|---|---|---|---|
| Property Address | 4842 Camino Hermoso | | | |
| City | North Las Vegas | County Clark | State NV | Zip Code 89031-1049 |
| Lender | John Harney | | | |



### Subject Front

4842 Camino Hermoso
Sales Price            0
Gross Living Area   1,396
Total Rooms          6
Total Bedrooms     3
Total Bathrooms    2.00
Location               Average
View                     Residential
Site                      6,363 Sq.Ft.
Quality                 Average
Age                      20



### Subject Rear



### Subject Street

## Photograph Addendum

| Client | John Harney | | | |
|---|---|---|---|---|
| Property Address | 4842 Camino Hermoso | | | |
| City | North Las Vegas | County  Clark | State  NV | Zip Code  89031-1049 |
| Lender | John Harney | | | |



Subject House #



Subject Kitchen



Subject Living Room



Subject Bedroom



Subject Bathroom



Subject Bathroom

## Comparable Photo Page

| Client | John Harney |
|---|---|
| Property Address | 4842 Camino Hermoso |
| City | North Las Vegas | County | Clark | State | NV | Zip Code | 89031-1049 |
| Lender | John Harney |



### Comparable 1
5630 Cabinhill Circle
Prox. to Subject    0.98 miles N
Sales Price         83,000
Gross Living Area   1,467
Total Rooms         6
Total Bedrooms      3
Total Bathrooms     2.00
Location            Average
View                Residential
Site                6,900 Sq. Ft.
Quality             Average
Age                 20



### Comparable 2
5018 Sail Rock Place
Prox. to Subject    0.43 miles NW
Sales Price         90,000
Gross Living Area   1,369
Total Rooms         5
Total Bedrooms      3
Total Bathrooms     2.00
Location            Average
View                Residential
Site                5,378 Sq.Ft.
Quality             Average
Age                 12



### Comparable 3
2218 Hollow Oak Avenue
Prox. to Subject    0.83 miles NW
Sales Price         86,000
Gross Living Area   1,304
Total Rooms         5
Total Bedrooms      3
Total Bathrooms     2.00
Location            Average
View                Residential
Site                6,362 Sq.Ft.
Quality             Average
Age                 12

## Plat Map

| Client | John Harney | | | | |
|---|---|---|---|---|---|
| Property Address | 4842 Camino Hermoso | | | | |
| City | North Las Vegas | County | Clark | State NV | Zip Code 89031-1049 |
| Lender | John Harney | | | | |



## Location Map

| Client | John Harney | | | | |
|---|---|---|---|---|---|
| Property Address | 4842 Camino Hermoso | | | | |
| City | North Las Vegas | County | Clark | State NV | Zip Code 89031-1049 |
| Lender | John Harney | | | | |



Main File No. GP116878J  Page #14

## Building Sketch

| Client | John Harney | | | | |
|---|---|---|---|---|---|
| Property Address | 4842 Camino Hermoso | | | | |
| City | North Las Vegas | County | Clark | State NV | Zip Code 89031-1049 |
| Lender | John Harney | | | | |



### Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 1396 Sq ft | 14 × 7 = 98 |
| | | 29 × 16 = 464 |
| | | 0.5 × 4 × 4 = 8 |
| | | 29 × 4 = 116 |
| | | 50 × 12 = 600 |
| | | 22 × 5 = 110 |
| **Total Living Area (Rounded):** | **1396 Sq ft** | |
| Non-living Area | | |
| 2 Car Attached | 392 Sq ft | 20 × 16 = 320 |
| | | 4 × 16 = 64 |
| | | 0.5 × 4 × 4 = 8 |
| Open Porch | 50 Sq ft | 5 × 10 = 50 |

Form SKT.BldSkI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

License

# APPRAISER CERTIFICATE

## STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY
### REAL ESTATE DIVISION

**NOT TRANSFERABLE**                                    **NOT TRANSFERABLE**

This is to Certify That: BRUCE A FELDMAN          Certificate Number: A.0007448-CR

Is duly authorized to act as a CERTIFIED RESIDENTIAL APPRAISER from the issue date to the expiration date at the business address stated here in, unless the certificate is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date: June 30, 2009                          Expire Date: August 31, 2011

In witness whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statues, has caused this Certificate to be issued with its Seal printed thereon. This certificate must be conspicuously displayed in place of business.

FOR: SILVER STATE APPRAISERS
7357 SAVANNAH FALLS
LAS VEGAS, NV  89131

REAL ESTATE DIVISION

GAIL J. ANDERSON
*Administrator*