**Entered on Docket
June 22, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

David A. Riggi, Esq.
Nevada Bar No. 4727
5550 Painted Mirage Rd. Suite 120
Las Vegas, NV 89149
Telephone:    (702) 463-7777
Facsimile:    (888) 306-7157
E-mail:    RiggiLaw@gmail.com

Attorney for Debtors in Possession

### UNITED STATE BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

JOHN E. HARNEY and AIMEE M. HARNEY,

Debtors in Possession

Case No. 11-10391-BAM
Chapter   11

Date:   June 14, 2011
Time:   9:00 a.m.

### ORDER GRANTING MOTION TO VALUE

Upon the motion of John E. Harney and Aimee M. Harney, regarding their investment property located at 4842 Camino Hermoso, North Las Vegas, Nevada 89031 ("Property"), requesting entry of an order to value the Property and finding that the lien is under secured; and due notice of the Motion and the hearing of the Motion having been given to all parties entitled hereto; and a hearing having been held before this Court on June 14, 2011 to consider approval of the Motion, at which time all parties in interest were afforded an opportunity to be heard; and the Court finding that the property has a value of $86,000.00; and because there are no objections to the Motion having

been filed; it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Martin Keough's secured mortgage claim is only partially secured and may be bifurcated into a secured claim of $86,000.00 and an unsecured claim for the deficiency; and it is further

**ORDERED** that the unsecured portion of Martin Keough's lien claim be reclassified as a general unsecured claim to be paid pro rata with other general unsecured creditors through the Debtor's Chapter 11 plan; and it is further

**ORDERED** that as provided by Fed. R. Bankr. P. 7062, this Order shall be effective and enforceable immediately upon entry; and it is further

**ORDERED** that this Court retains jurisdiction to hear all matters relating to or arising from the entry of this Order.

IT IS SO ORDERED.

Submitted by:

*/s/David A. Riggi*
DAVID A. RIGGI, ESQ.
5550 Painted Mirage Rd., Suite 120
Las Vegas, NV 89149
Attorney for Debtors in Possession

**ALTERNATIVE METHOD RE: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_x\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

**DAVID A. RIGGI**
5500 Painted Mirage Road, Suite 120
Las Vegas, Nevada 89149
(702) 463-7777  FAX: (888) 306-7157