KEHOE & ASSOCIATES
TY E. KEHOE, ESQ.
Nevada Bar No. 006011
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Telephone: (702) 837-1908
Facsimile: (702) 837-1932
Email: TyKehoeLaw@aol.com
Attorney for Martin Keough

E-Filed 3-1-12

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

JOHN E. HARNEY, IV. and AIMEE M. HARNEY,

Debtors.

Case No. BK-S-11-10391-BAM
Chapter 11

Date: April 3, 2012 (OST Requested)
Time: 9:00 a.m.
Estimated Time: 5 minutes

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Martin Keough ("Keough"), by and through his attorney, Ty E. Kehoe, Esq. hereby moves this Honorable Court for an order granting relief from the automatic stay of 11 U.S.C. § 362 to permit Keough to exercise his remedies pursuant to applicable law, relating to real property commonly known as 4842 Camino Hermoso, North Las Vegas, NV 89031, Clark County Nevada Assessor Number 124-33-415-033 ("Real Property"), including foreclosing upon the Real Property or obtaining a deed in lieu of foreclosure related to the real property, and obtaining possession of the Real Property.

This motion is made pursuant to 11 U.S.C. § 362 and is based upon the § 362 Information Sheet filed herein, a copy of which is attached as **Exhibit A** hereto, the pleadings,

/ / /

/ / /

/ / /

papers and records on file in this action, and any evidence and oral argument to be presented at the time of the hearing of the motion.

DATED this 1st day of March, 2012.    KEHOE & ASSOCIATES

_____
Ty E. Kehoe, Esq.

## FACTS AND LEGAL MEMORANDUM

Pursuant to Local Rules of Bankruptcy Practice 4001(a)(4), the § 362 Information Sheet filed herewith is incorporated as the statement of facts and legal memorandum, and is supplemented below.

Based upon the Debtor's own filings herein, Debtor has no equity in the Real Property. The Real Property is worth approximately $86,000, and $250,000 is owed to Keough (who holds the first and only lien against the Real Property). 11 U.S.C. 362(d)(2)(A).

Debtor does not occupy the Real Property, but instead rents it out as an investment. Although Debtor initially intended to try to keep the Real Property through the Chapter 11, Keough objected to the Original Proposed Plan, including based upon the fact that the Debtor does not benefit at all from renting the Real Property. Debtor has filed an Amended Proposed Plan indicating an intent to surrender the Real Property to Keough, via deed in lieu of foreclosure or foreclosure (at Keough's option). 11 U.S.C. 362(d)(2)(B).

Debtor has been in Bankruptcy for over one year, during which time Debtor has not paid Keough anything, has not paid the real property taxes, and upon information and belief has let insurance lapse. 11 U.S.C. 362(d)(1). Debtor's Original Proposed Plan has been pending since June 2011, for a variety of reasons including tax issues. Debtor has now filed an Amended Proposed Plan. Although the Amended Proposed Plan treats Keough better than the Original Proposed Plan, Keough still objects to the same. Thus, Keough is not convinced that the

KEHOE & ASSOCIATES
871 Coronado Center Drive,
Suite 200
Henderson, Nevada 89052
(702) 837-1908

Page 2 of 3

Amended Proposed Plan will be confirmed, or at least continued beyond the current hearing date of March 20th; therefore, Keough is requesting immediate relief from the automatic stay so that he can commence recovering his Real Property.

DATED this 1st day of March, 2012.

KEHOE & ASSOCIATES

_____
Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052

## \* \* § 362 INFORMATION SHEET \* \*

**John and Aimee Harney**      BK- 11-10391-BAM
DEBTOR                         BANKRUPTCY #      MOTION #
Martin Keough                                    CHAPTER: 11
MOVANT by and through Ty E. Kehoe, Esq., #6011 702-837-1908

*Certification of Attempt to Resolve the Matter Without Court Action:*
*Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(5), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.*
Date: _____   Signature: EXEMPTED - Surrender indicated in proposed plan
                                                    *Attorney for Movant*

PROPERTY INVOLVED IN THIS MOTION: 4842 Camino Hermoso, North Las Vegas, NV 89031
NOTICE SERVED ON: Debtor(s) ✓ ; Debtor's counsel ✓ ; Trustee ☐ ;
DATE OF SERVICE: March 1, 2012

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st Approx $250,000 | 1st _____ |
| 2nd _____ | 2nd _____ |
| 3rd _____ | 3rd _____ |
| 4th _____ | 4th _____ |
| Other: _____ | Other: _____ |
| Total Encumbrances: Approx $250,000 | Total Encumbrances: _____ |
| APPRAISAL of OPINION as to VALUE: Approx $86,000 per court order entered herein on June 22, 2011 | APPRAISAL of OPINION as to VALUE: |

| TERMS of MOVANT'S CONTRACT with the DEBTOR(S):: | DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT: |
|---|---|
| Amount of Note: $230,000 | . |
| Interest Rate: 5.5% | . |
| Duration: 7 years | . |
| Payment per Month: $1,054.00 | . |
| Date of Default: March 2009 | . |
| Amount in Arrears: $38,998 | . |
| Date of Notice of Default: Client demand approx April 09 | . |
| SPECIAL CIRCUMSTANCES: Amended Plan indicates intent to surrender Debtor does not occupy the Property, but rents it | SPECIAL CIRCUMSTANCES: |
| SUBMITTED BY: Ty E. Kehoe, Esq. 837-1908 | SUBMITTED BY: _____ |
| SIGNATURE: /s/ Kehoe | SIGNATURE: _____ |

MLS-Sec-362-I.f-12-00.wpd (District of Nevada)                    "EXHIBIT A"