KEHOE & ASSOCIATES
TY E. KEHOE, ESQ.
Nevada Bar No. 006011
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Telephone: (702) 837-1908
Facsimile: (702) 837-1932
Email: TyKehoeLaw@aol.com
Attorney for Martin Keough

E-Filed 3-1-12

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In re: | Case No. BK-S-11-10391-BAM |
|---|---|
| JOHN E. HARNEY, IV. and AIMEE M. HARNEY, | Chapter 11 |
| | Date: (OST) |
| | Time: (OST) |
| Debtors. | Estimated Time: 5 minutes |

## EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Martin Keough ("Keough"), by and through his counsel of record Ty E. Kehoe, Esq., hereby submits his Ex Parte Application for an Order Shortening Time on Motion for Relief from the Automatic Stay.

This Application is made pursuant to Local Rule 9006, and is based on Keough's Motion for Relief from the Automatic Stay ("Motion"), filed simultaneously herewith, the pleadings, papers and records on file in this matter and the following grounds:

a. Debtor has been in Bankruptcy for over one year and has not made a single payment to Keough during that time, even though Debtor has been collecting $1,000 per month from the Real Property rental. Additionally, the Debtor has not paid the taxes on the Real Property, and upon information and belief has recently permitted the insurance to lapse.

b. The regular hearing date for the Motion is April 3, 2012. However, there is a hearing scheduled herein on March 20, 2012 for consideration of Debtor's Amended Proposed Plan.

c. Keough believes that it is possible that Debtor's Amended Proposed Plan will not be confirmed on March 20th, or that the hearing will again be continued. Therefore, Keough suggests that it is appropriate for relief from the automatic stay to be granted to permit him to commence the process of recovering his Real Property.

d. The Amended Proposed Plan calls for surrender of the Real Property to Keough in any case, and thus Keough suggests it is reasonable for relief from stay to be granted as soon as possible.

e. It is suggested that the Court and the parties would be benefited by having the hearing on the Motion at the same time as the March 20th hearing, rather than needing to have a second hearing two weeks later.

Therefore, Keough requests that the Motion be set on OST for March 20, 2012 at 9:00 a.m.

DATED this 1st day of March, 2012.

KEHOE & ASSOCIATES

_____
Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Attorney for Keough