```
KEHOE & ASSOCIATES
TY E. KEHOE, ESQ.                                E-Filed 3-1-12
Nevada Bar No. 006011
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Telephone: (702) 837-1908
Facsimile: (702) 837-1932
Email: TyKehoeLaw@aol.com
Attorney for Martin Keough
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Case No. BK-S-11-10391-BAM |
|---|---|
| JOHN E. HARNEY, IV. and AIMEE M. HARNEY, | Chapter 11 |
| | Date: (OST) |
| | Time: (OST) |
| Debtors. | Estimated Time: 5 minutes |

**ATTORNEY INFORMATION SHEET RE EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

As required, I have contacted the parties listed below regarding the proposed Order Shortening Time on the Motion for Relief from the Automatic Stay for the Real Property commonly known as 4842 Camino Hermoso, North Las Vegas, NV 89031. They agree or disagree as indicated below:

| NAME | DATE CONTACTED | AGREED | DISAGREED |
|---|---|---|---|
| David Riggi, Esq. (Counsel for Debtor) | March 1, 2012 (by email) – Mr. Riggi disagreed; then several emails were exchanged regarding the pros and cons of the OST, and then no final decision was received from Mr. Riggi. | | |

DATED this 1st day of March, 2012.    KEHOE & ASSOCIATES

_/s/ Ty Kehoe_
Ty E. Kehoe, Esq.