**DENIED**

No cause shown. Any harm by
delay at this point is due to the
failure to seek appropriate relief
earlier.

_Bruce A. Markell_

_____

Honorable Bruce A. Markell
United States Bankruptcy Judge

Entered on Docket
March 02, 2012

KEHOE & ASSOCIATES
TY E. KEHOE, ESQ.
Nevada Bar No. 006011
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Telephone: (702) 837-1908
Facsimile: (702) 837-1932
Email: TyKehoeLaw@aol.com
Attorney for Martin Keough

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

JOHN E. HARNEY, IV. and AIMEE M.
HARNEY,

                     Debtors.

Case No. BK-S-11-10391-BAM
Chapter 11

Date: (OST)
Time: (OST)
Estimated Time: 5 minutes

## EX PARTE ORDER SHORTENING TIME ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The Court having considered Keough's Ex Parte Application for an Order Shortening

Time on Motion for Relief from the Automatic Stay; the Affidavit of Ty E. Kehoe, Esq.; the

pleadings, papers and records on file; and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from the Automatic Stay (the

"Motion") will be held before a United States Bankruptcy Judge, in the Foley Federal Building,

300 Las Vegas Boulevard, South, Third Floor, Bankruptcy Courtroom No. 3, Las Vegas,

Nevada on the _____ day of _____, 2012 at _____ ___.m. A copy of the above-referenced

_KEHOE & ASSOCIATES_
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
(702) 837-1908

1  Motion is on file with the clerk of the United States Bankruptcy Court for the District of

2  Nevada, Foley Federal Building, 300 Las Vegas Boulevard, South, Fourth Floor, Las Vegas,

3  Nevada 89101.

4          IT IS FURTHER ORDERED that the Order Shortening Time must be served no later

5  than _____;

6

7          IT IS FURTHER ORDERED any Opposition to the Motion must be filed no later than

8  _____;

9          IT IS FURTHER ORDERED any Response to any Opposition to the Motion must be

10  filed no later than _____.

11

12  SUBMITTED BY:
    KEHOE & ASSOCIATES
13
14  _____
    Ty E. Kehoe, Esq.
15  871 Coronado Center Drive, Suite 200
    Henderson, Nevada 89052
16  Attorney for Keough

17                              ###

18

19

20

21

22

23

24

25

26

27

*KEHOE & ASSOCIATES*
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
(702) 837-1908
28