*Bruce A. Markell*

Honorable Bruce A. Markell
United States Bankruptcy Judge



Entered on Docket
April 12, 2012

KEHOE & ASSOCIATES
TY E. KEHOE, ESQ.
Nevada Bar No. 006011
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Telephone: (702) 837-1908
Facsimile: (702) 837-1932
Email: TyKehoeLaw@aol.com
Attorney for Martin Keough

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JOHN E. HARNEY, IV. and AIMEE M. HARNEY,<br><br>Debtors. | Case No. BK-S-11-10391-BAM<br>Chapter 11<br><br>Date: April 3, 2012<br>Time: 9:00 a.m.<br>Estimated Time: 5 minutes |

### STIPULATION FOR SURRENDER AND ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Martin Keough ("Keough") having filed a Motion for Relief from the Automatic Stay ("Motion") as to real property commonly known as 4842 Camino Hermoso, North Las Vegas, NV 89031, Clark County Nevada Assessor Number 124-33-415-033 ("Real Property"). A hearing having been held on the Motion on April 3, 2012. No party having filed an opposition to the Motion. David A. Riggi, Esq., Attorney for the Debtor appearing at the hearing, and indicating a willingness by the Debtor to surrender the Real Property to Keough. Any other appearances being noted on the record.

KEHOE & ASSOCIATES
871 Coronado Center Drive,
Suite 200
Henderson, Nevada 89052
(702) 837-1908

Page 1 of 3

Debtor John E. Harney, IV, obtained an interest in the Real Property from Keough on or about February 16, 2005. Harney executed a Promissory Note in the amount of $230,000 (5.5% interest; 7 year term; monthly payment of $1,054.00), and Deed of Trust, in favor of Keough, at that time. Keough is the sole secured creditor against the Real Property. Debtor defaulted on the Promissory Note in or around March 2009. Debtor owes Keough approximately $250,000 under the Promissory Note. Keough has not yet commenced foreclosure.

Debtor and Keough hereby stipulate for Debtor to surrender any and all interest in the Real Property, and to permit Keough to exercise his remedies pursuant to applicable law, including but not limited to, foreclosing upon the Real Property, or obtaining a deed in lieu of foreclosure related to the Real Property, and obtaining possession of the Real Property, and Debtor hereby waives the 14-day stay under F.R.B.P. 4001(a)(3).

Nothing herein shall affect Keough's rights and abilities to seek recovery on his unsecured claim through this bankruptcy, which the parties hereby stipulate is equal to $164,000.

The Court having considered the Motion, the statements of Debtor's counsel in open court, this stipulation, and good cause appearing:

IT IS HEREBY ORDERED that Debtor has surrendered any and all interest in the Real Property to Keough;

IT IS FURTHER ORDERED that the automatic stay of 11 U.S.C. §362 is lifted to permit Keough to exercise his remedies pursuant to applicable law, including but not limited to foreclose upon the Real Property, or obtaining a deed in lieu of foreclosure related to the Real Property, and obtaining possession of the Real Property; and,

///

KEHOE & ASSOCIATES
871 Coronado Center Drive,
Suite 200
Henderson, Nevada 89052
(702) 837-1908

1  IT IS FURTHER ORDERED that the 10-day stay pursuant to F.R.B.P. 4001(a)(3) is

2  waived and that Keough may enforce this Order immediately.

3

4  SUBMITTED AND AGREED TO BY:    AGREED TO BY:
   KEHOE & ASSOCIATES

5

6  /s/ Kehoe 4-11-12                 /s/ Riggi

7  Ty E. Kehoe, Esq.                 David A. Riggi, Esq.
   Nevada Bar No. 6011               Nevada Bar No. 4727
8  871 Coronado Center Drive, Suite 200   5550 Painted Mirage Road, Suite 120
   Las Vegas, Nevada 89052           Las Vegas, NV 89149
9  Attorney for Martin Keough        Attorney for Debtors

10                                   ###

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KEHOE & ASSOCIATES
871 Coronado Center Drive.
Suite 200
Henderson, Nevada 89052
(702) 837-1908