_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
August 30, 2013

_____

WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Christopher L. Benner, Esq.
Nevada Bar No. 008963
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
*Attorneys for Secured Creditor, Seterus, Inc.*
*as the authorized subservicer for*
*Federal National Mortgage Association ("Fannie Mae"),*
*c/o Seterus, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>JOHN E. HARNEY, IV<br>AIMEE M. HARNEY<br><br>                    Debtors.<br>_____ | Case No.: 11-10391-led<br>Chapter:    11<br><br>**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION**<br><br>Hearing Date:  August 27, 2013<br>Hearing Time: 9:30 a.m. |

Page 1 of 3

1  The Motion to Approve Loan Modification filed by Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), c/o Seterus, Inc., its servicers, assignees and/or successors in interest, coming on regularly for hearing on August 27, 2013, after notice duly given, with no opposition being filed, and the Court having heard the argument of Counsel, and being otherwise informed, it is hereby:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Approve Loan Modification regarding the real property located at 7430 Bachelors Button Drive, Las Vegas, NV 89131 is hereby granted with the terms set forth in **Exhibit "A"** attached to the Motion to Approve Loan Modification for the Real Property Located at 7430 Bachelors Button Drive, Las Vegas, NV 89131.

**IT IS SO ORDERED.**

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP

/s/ Dana Jonathon Nitz, Esq._____
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Christopher L. Benner, Esq.
Nevada Bar No. 008963
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Secured Creditor,*
*Seterus, Inc. as the authorized subservicer for*
*Federal National Mortgage Association ("Fannie Mae),*
*c/o Seterus, Inc.*

## RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

    \_\_X\_\_ No party appeared at the hearing or filed an objection to the motion.

    \_\_\_\_\_ I have delivered a copy of this proposal order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below

    \_\_\_\_\_ I certify that this is a case under Chapter 7 or Chapter 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #