David A. Riggi, Esq.
5550 Painted Mirage Rd. Suite 120
Las Vegas, NV 89149
Phone: (702) 463-7777
Fax: (888) 306-7157
E-mail: riggilaw@gmail.com
*Attorney for the Debtors*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

   JOHN E. HARNEY and
AIMEE M. HARNEY,

                Debtors.

Case No.: 11-10391-LED

Chapter 11

DATE: May 5, 2015
TIME: 9:30 a.m.

## **MOTION TO ADMINISTRATIVELY CLOSE CHAPTER 11 CASE**

      John E. Harney and Aimee M. Harney, (hereinafter, "Debtors"), by and through their attorney of record, David A. Riggi, Esq., hereby file this Motion to Administratively Close Chapter 11 Case (hereinafter, "Motion") pursuant to 11 U.S.C. § 350 and Local Rule of Bankruptcy Procedure Rule 3022.1. The proposed Order Administratively Closing Individual Chapter 11 Case is attached hereto as **Exhibit "A"**.

      DATED this 2nd day of April, 2015.

Respectfully submitted,

/s/ *David A. Riggi*
David A. Riggi, Esq.
NV Bar No. 4727
5550 Painted Mirage Rd. Suite 120
Las Vegas, NV 89149
Ph: 1-702-463-7777
Fax: 1- 888-306-7157
E-mail: RiggiLaw@gmail.com
*Attorney for the Debtors*

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule of Bankruptcy Procedure Rule 3022.1(e) states: "If the debtor proposes to close the case before plan payments have been completed, and intends to reopen the case after plan completion to obtain a discharge, the debtor shall file a motion to close the case and include in that motion the debtor's intent to reopen . . . ." Bankruptcy Code section 350(a) states: "After an estate is fully administered and the court has discharged the trustee, the court shall close the case." Although the Debtors are not seeking a final closing under this section, the authority to do an administrative closing is still within the purview of this provision. The Debtors' Plan of Reorganization was confirmed on October 7, 2013. The Debtors intend to reopen the case for a final decree. The case has been fully administered and the Court can enter an order closing the case. The Debtors have complied with all U.S. Trustee reporting requirements and fees. There are no pending contested matters or adversary proceedings. The claims have all been paid or will be paid.

Accordingly, Debtors request that this Court grant this Motion to Administratively Close Chapter 11 Case.

DATED this 2nd day of April, 2015.

Respectfully submitted,

/s/ *David A. Riggi*
David A. Riggi, Esq.
NV Bar No. 4727
5550 Painted Mirage Rd. Suite 120
Las Vegas, NV 89149
Ph: 1-702-463-7777
Fax: 1- 888-306-7157
E-mail: RiggiLaw@gmail.com
***Attorney for the Debtors***